IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT WINSTON, JR., | ) CASE NO. 5:11 CV 1834 |
| Petitioner, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| TIM BRUNSMAN, WARDEN, | ) Magistrate Judge Greg White |
| Respondent. | ) **JUDGMENT** |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Report and Recommendation issued by Magistrate Greg White (Docket #11) is ADOPTED. The Petition for Writ of Habeas Corpus (Docket #1) is DENIED.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: October 16, 2012